CHARLES FURY, Appellant, *v.* WILLARD B. MAHLER et al., Respondents.

(Submitted June 9, 1933; decided July 11, 1933.)

*Garry J. Fury* for appellant.

*Francis J. Morgan* and *William A. Davidson* for Willard B. Mahler et al., respondents.

*Morris S. Hirschberg* for Fred A. Wenck, respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.